UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:08CR555 CDP |
| | ) | |
| STEVEN D.  MASTERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

As discussed on the record at the hearing today,

**IT IS HEREBY ORDERED** that the hearing on defendant's objections to the Report and Recommendation of the Magistrate Judge is continued and reset for **Thursday, February 5, 2009 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that this case is removed from the February 17, 2009 trial docket and will be reset after the hearing on February 5.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2009.